AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona ☑

| | |
|---|---|
| Fred Heidarpour, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br><br> Watts Up Solar, LLC, an Arizona limited liability company, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. CV-22-1910-PHX-JZB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Watts Up Solar, LLC
c/o Shane Handel, registered agent
2929 N 81 PL
Scottsdale, AZ 85251

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Penny L. Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Telephone (480) 833-1001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
*Signature of C*

ISSUED ON 3:20 pm, Nov 08, 2022
s/ Debra D. Lucas, Clerk