# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Heidarpour,<br><br>            Plaintiff,<br><br>v.<br><br>Watts Up Solar LLC,<br><br>            Defendant. | No. CV-22-01910-PHX-JZB<br><br>**ORDER** |

This matter is before the Court on its own review. On November 8, 2022, Plaintiff filed a Complaint in this matter. (Doc. 1.) Rule 4(m) of the Federal Rules of Civil Procedure requires that service be completed within 90 days of the date the complaint was filed. Fed. R. Civ. P. 4(m). The court docket shows no evidence that Defendant has been served.

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).

Fed. R. Civ. P. 4(m).

Under the foregoing rules, Plaintiff's deadline to complete service in this matter was February 6, 2023. The Court will therefore require Plaintiff to show cause why this matter should not be dismissed for failure to timely effect service.

**IT IS ORDERED** that on or before **April 28, 2023**, Plaintiff must show cause why this matter should not be dismissed for failure to effect service as required by Rule 4(m) of the Federal Rules of Civil Procedure.

Dated this 12th day of April, 2023.

Honorable John Z. Boyle
United States Magistrate Judge